No. 240. WRIGHT *v.* SECURITY-FIRST NATIONAL BANK OF LOS ANGELES. October 14, 1940. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c) of the Judicial Code (43 Stat. 936, 938), certiorari is denied. The motion for leave to proceed further *in forma pauperis* is also denied. *Mr. Morris Lavine* for appellant. *Mr. James E. Shelton* for appellee.

No. —. POWELL *v.* SANFORD, WARDEN;

No. —. JOHNSON *v.* METROPOLITAN CASUALTY INSURANCE Co.; and

No. —. EX PARTE NORMAN H. WILSON. October 14, 1940. Applications denied.

No. —, original. EX PARTE EMMET H. BOZEL. October 14, 1940. The motion for leave to file petition for writ of habeas corpus is denied without prejudice to an application for a writ of habeas corpus to the District Court.